1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GARY W. SCHONS
   Senior Assistant Attorney General
4  KEVIN VIENNA
   Supervising Deputy Attorney General
5  KYLE NIKI SHAFFER, State Bar No. 122374
   Deputy Attorney General
6   110 West A Street, Suite 1100
    San Diego, CA 92101
7   P.O. Box 85266
    San Diego, CA 92186-5266
8   Telephone: (619) 645-2226
    Fax: (619) 645-2191
9   Email: Niki.Shaffer@doj.ca.gov

10 *Attorneys for Respondent*

11

12           IN THE UNITED STATES DISTRICT COURT

13         FOR THE SOUTHERN DISTRICT OF CALIFORNIA

14

15 | **RONALD MONTIJO, SR.,**              | 08cv0088 WQH (NLS)
16 |                         *Petitioner*, |
17 |              **v.**                   | **NOTICE OF APPEARANCE**
18 | **WARDEN,** *Chuckawalla Valley State*|
   | *Prison*,                             |
19 |                                       |
20 |                        *Respondent*.  |

21

22

23        TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA,

24 UNITED STATES MAGISTRATE JUDGE NITA L. STORMES, AND TO PETITIONER:

25        Please be advised that, as of February 4, 2008, Respondent is now represented by the

26 following as counsel of record:

27 ///

28 ///

1 | **KYLE NIKI SHAFFER**
2 | **Deputy Attorney General**
3 | **Office of the Attorney General**
4 | **Department of Justice**
5 | **State of California**
6 | **110 West A Street, Suite 1100**
7 | **San Diego, California 92101**
8 | **Telephone (619) 645-2226**
9 | **Facsimile (619) 645-2191**
10 | **E-mail Niki.Shaffer@doj.ca.gov**

11 | Dated: February 4, 2008.

12 | Respectfully submitted,

13 | EDMUND G. BROWN JR.
Attorney General of the State of California

14 | DANE R. GILLETTE
Chief Assistant Attorney General

15 | GARY W. SCHONS
16 | Senior Assistant Attorney General

17 | KEVIN VIENNA
Supervising Deputy Attorney General

18 |

19 |    *s*/**KYLE NIKI SHAFFER**

20 | KYLE NIKI SHAFFER
Deputy Attorney General

21 | *Attorneys for Respondent*

22 |
23 | KNS:sm
MONTIJO Appearance.wpd
SD2008700055
24 |

NOTICE OF APPEARANCE        08cv0088 WQH (NLS)

2

# CERTIFICATE OF SERVICE BY U.S. MAIL

I declare: I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **February 4, 2008**, I served the following documents:

| **NOTICE OF APPEARANCE** | *Montijo v. Warden*<br>United States District Court<br>Southern District of California<br>08cv0088 WQH (NLS) |
|---|---|

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

**RONALD EDWARD MONTIJO SR**
**CDC NO V-72298**
**CHUCKAWALLA VALLEY STATE PRISON**
**P O BOX 2289**
**BLYTHE CA 92226**

*Pro se*

ELECTRONIC MAIL NOTICE LIST
I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case: None.

MANUAL NOTICE LIST
The following are those who are *not* on the list to receive e-mail notices for this case (who therefore require manual noticing): **RONALD EDWARD MONTIJO, Sr.**, at the above-named address.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **February 4, 2008**, at San Diego, California.

STEPHEN MCGEE
Declarant

Signature