*Ronald E. Montijo, Sr.*
*214 Evergreen Parkway*
*Oceanside, California 92054*
*(760) 721-4097*
*CDC Number: V-72298*

Petitioner in Pro Per

FILED
2008 FEB 21 PM 4:41
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY



FILED
CLERK, U.S. DISTRICT COURT
FEB 11 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD EDWARD MONTIJO, Sr., | 08CV0088 WQH-(NLS) |
| Petitioner, | Case No. CV 07-08329 RGK (SS) |
| v. | CHANGE OF ADDRESS |
| WARDEN, CHUCKAWALLA VALLEY STATE PRISON, | |
| Respondent. | |

TO: THE HONORABLE COURTS:

PLEASE TAKE NOTICE that as of <u>November 6, 2007</u>, Petitioner, RONALD EDWARD MONTIJO, SR., has changed his address for service of notices and documents in the above-entitled action. The new address is: 214 EVERGREEN PARKWAY, OCEANSIDE, CALIFORNIA 92054.

I declare under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oceanside, California on February 8, 2008.

*Ronald Edward Montijo Sr.*
Ronald Edward Montijo, Sr.

///

///

///

1