## *Amended* CERTIFICATE OF SERVICE BY U.S. MAIL

I declare: I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **February 22, 2008**, I served the following documents:

| **NOTICE OF APPEARANCE** | *Montijo v. Warden*<br>United States District Court<br>Southern District of California<br>08cv0088 WQH (NLS) |
|---|---|

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

**RONALD EDWARD MONTIJO SR**
**CDC NO V-72298**
**214 EVERGREEN PARKWAY**
**OCEANSIDE CA 92054**

*Pro se*

**ELECTRONIC MAIL NOTICE LIST**
I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case: None.

**MANUAL NOTICE LIST**
The following are those who are *not* on the list to receive e-mail notices for this case (who therefore require manual noticing): **RONALD EDWARD MONTIJO, Sr.**, at the above-named address.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **February 22, 2008**, at San Diego, California.

STEPHEN MCGEE
Declarant

_/s/ Signature_

CERTIFICATE OF SERVICE BY U.S. MAIL                           08cv0088 WQH (NLS)