EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GARY W. SCHONS
Senior Assistant Attorney General
DANIEL ROGERS
Deputy Attorney General
KYLE NIKI SHAFFER, State Bar No. 122374
Deputy Attorney General
 110 West A Street, Suite 1100
 San Diego, CA 92101
 P.O. Box 85266
 San Diego, CA 92186-5266
 Telephone: (619) 645-2226
 Fax: (619) 645-2191
 Email: Niki.Shaffer@doj.ca.gov

*Attorneys for Respondent*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD EDWARD MONTIJO, SR.,** | 08cv0088 WQH (NLS) |
| *Petitioner*, | **ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS** |
| *v.* | |
| **THOMAS HOFFMAN,** *Director*, | |
| *Respondent*. | |

RESPONDENT, Thomas Hoffman,[1] by and through his counsel, Edmund G. Brown Jr., Attorney General of the State of California, and Kyle Niki Shaffer, Deputy Attorney General, files this Answer to the Petition for Writ of Habeas Corpus (the "Petition") pursuant to the order of this Court filed on January 16, 2008.  Respondent alleges as follows:

---

1. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Respondent respectfully requests that Thomas Hoffman, Director of Adult Parole Operations, be substituted as the proper named respondent in this case.

I.

Petitioner is in the lawful constructive custody of Respondent pursuant to a valid judgment of conviction for preparing false documentary evidence in violation of California Penal Code section 134. Petitioner admitted the truth of an allegation that he had sustained one prior conviction for a serious and/or violent felony (Cal. Penal Code §§ 667, 1170.12). Petitioner's judgment was entered in the San Diego County Superior Court on March 11, 2005, before the Honorable Yuri Hoffman in case number SCN 184797.

II.

The Petition appears to have been filed within the applicable limitations period. 28 U.S.C. § 2254(d).

III.

Petitioner appears to have exhausted his available state-court remedies by presenting his claims to the California Supreme Court in a petition for review. However, to the extent Petitioner has failed to exhaust any claim, or any aspect of any claim, those claims are unexhausted. Without waiving the right to require that Petitioner exhaust his remedies, Respondent respectfully requests that this Court deny all of Petitioner's claims on the merits, notwithstanding any perceived failure to exhaust, pursuant to 28 U.S.C. § 2254(b)(2).

IV.

The deferential standard of federal habeas corpus review established by the Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA"), 28 U.S.C. § 2254(d), applies to Petitioner's claims. Under this deference standard, Petitioner's claims must be denied without *de novo* review because the state courts previously rejected Petitioner's claims on the merits. The state courts' findings were neither contrary to, nor an unreasonable application of, United States Supreme Court precedent or the facts presented.

V.

The state courts made numerous express and implied factual findings. Petitioner has shown no grounds why the presumption of correctness mandated by 28 U.S.C. § 2254(e)(1) should not apply to these factual findings.

VI.

Petitioner is not entitled to an evidentiary hearing to resolve his pending claims. 28 U.S.C. § 2254(e).

VII.

The relevant facts and procedural history set forth in the accompanying Memorandum of Points and Authorities are incorporated by reference herein. Except as expressly admitted, Respondent denies each and every allegation of the Petition and specifically denies that Petitioner's confinement is in any way improper, that any condition of Petitioner's confinement is illegal, or that any of his rights has been or is being violated in any way.

For the reasons set forth more fully in the accompanying Memorandum of Points and Authorities, the Petition should be denied with prejudice, the proceedings dismissed, and any request for certificate of appealability denied.

Dated: March 17, 2008.

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

DANIEL ROGERS
Deputy Attorney General


   *s*/**KYLE NIKI SHAFFER**

KYLE NIKI SHAFFER
Deputy Attorney General

*Attorneys for Respondent*

KNS:sm
80216868.wpd
SD2008700055

ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS      08cv0088 WQH (NLS)

3

# CERTIFICATE OF SERVICE BY U.S. MAIL

I declare: I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On **March 17, 2008**, I served the following documents:

| | |
|---|---|
| (1) ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS;<br>(2) MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF ANSWER TO PETITION FOR WRIT OF HABEAS CORPUS; and<br>(3) NOTICE OF LODGMENT IN 28 U.S.C. § 2254 HABEAS CORPUS CASE | *Montijo v. Hoffman*<br>United States District Court<br>Southern District of California<br>08cv0088 WQH (NLS) |

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 110 West A Street, Suite 1100, P.O. Box 85266, San Diego, CA 92186-5266, addressed as follows:

**RONALD EDWARD MONTIJO SR**
**CDC NO V-72298**
**214 EVERGREEN PARKWAY**
**OCEANSIDE CA 92054**

*Pro se*

**ELECTRONIC MAIL NOTICE LIST**
I have caused the above-mentioned document(s) to be electronically served on the following person(s), who are currently on the list to receive e-mail notices for this case: None.

**MANUAL NOTICE LIST**
The following are those who are *not* on the list to receive e-mail notices for this case (who therefore require manual noticing): **RONALD EDWARD MONTIJO, Sr.**, at the above-named address.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on **March 17, 2008**, at San Diego, California.

STEPHEN MCGEE
Declarant

[Signature]