1 | EDMUND G. BROWN JR.
Attorney General of the State of California
2 | DANE R. GILLETTE
Chief Assistant Attorney General
3 | GARY W. SCHONS
Senior Assistant Attorney General
4 | DANIEL ROGERS
Deputy Attorney General
5 | KYLE NIKI SHAFFER, State Bar No. 122374
Deputy Attorney General
6 | 110 West A Street, Suite 1100
San Diego, CA 92101
7 | P.O. Box 85266
San Diego, CA 92186-5266
8 | Telephone: (619) 645-2226
Fax: (619) 645-2191
9 | Email: Niki.Shaffer@doj.ca.gov

10 | *Attorneys for Respondent*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RONALD EDWARD MONTIJO, SR.,** | 08cv0088 WQH (NLS) |
| *Petitioner*, | **NOTICE OF LODGMENT IN 28 U.S.C. § 2254 HABEAS CORPUS CASE** |
| v. | |
| **THOMAS HOFFMAN,** *Director*, | |
| *Respondent*. | |

Respondent lodges the following documents pursuant to this Court's January 16, 2008 Order. These copies are provided for the Court's use and *need not be returned* to Respondent. The documents being lodged under this Notice by Respondent are:

1. ***Clerk's Transcript on Appeal***, California Court of Appeal, Fourth Appellate District, Division One, case no. D046391 (one volume);

2. ***Reporter's Transcript on Appeal***, California Court of Appeal, Fourth Appellate District, Division One, case no. D046391 (six volumes;

3. ***Appellant's Opening Brief***, California Court of Appeal, Fourth Appellate District, Division One, case no. D046391, filed September 20, 2005;

4. ***Respondent's Brief***, California Court of Appeal, Fourth Appellate District, Division One, case no. D046391, filed February 9, 2006;

5. ***Reply Brief***, California Court of Appeal, Fourth Appellate District, Division One, case no. D046391, filed February 24, 2006;

6. ***Opinion***, California Court of Appeal, Fourth Appellate District, Division One, case no. D046391, filed June 14, 2006;

7. ***Petition for Review***, California Supreme Court, case no. S145138, filed July 19, 2006; *and*

8. ***Order denying petition***, California Supreme Court, case no. S145138, filed September 27, 2006.

Dated: March 17, 2008.

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California

DANE R. GILLETTE
Chief Assistant Attorney General

GARY W. SCHONS
Senior Assistant Attorney General

DANIEL ROGERS
Deputy Attorney General

*s/****Kyle Niki Shaffer***

KYLE NIKI SHAFFER
Deputy Attorney General

*Attorneys for Respondent*

KNS:sm
80215453.wpd
SD2008700055