# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

Ronald Edward Montijo

              V.                         **JUDGMENT IN A CIVIL CASE**

Thomas Hoffman

                              CASE NUMBER:   08cv88-WQH-NLS

[ ]    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]    **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

All portions of the Report and Recommendation are adopted. The Petition for Writ of Habeas Corpus is denied.

| September 17, 2008 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/M. Cruz |
| | (By) M. Cruz, Deputy Clerk |
| | ENTERED ON September 17, 2008 |